No. 598.   Cox *v.* Wilson, Warden.   October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Thomas R. Cox, pro se.*

No. 618.   Fretwell *v.* Peoples Service Drug Stores, Inc.   October 27, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Julian W. Fretwell, pro se.*

No. 620.   Wright *v.* Union Central Life Insurance Co.   October 27, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied.   *Mr. Samuel E. Cook* for petitioner.   *Messrs. Arthur S. Lytton* and *Virgil D. Parish* for respondent.

No. 605.   Groves *v.* United States.   October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   Mr. Justice Reed, Mr. Justice Douglas, and Mr. Justice Jackson took no part in the consideration and decision of this application. *Messrs. James B. Alley* and *George Z. Medalie* for petitioner.   *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. W. Marvin Smith* for the United States.

No. 624.   McLean *v.* Commissioner of Internal Revenue.   October 27, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit